IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR418-021
)
DAVID KAREEM LEE JONES, )
)
Defendant. )

## O R D E R

Before the Court is Defendant David Kareem Lee Jones's Emergency Motion for Temporary Release. (Doc. 28.) After careful consideration of Defendant's motion and the Government's response, the motion is **GRANTED IN PART**. The United States Marshals Service is **ORDERED** to arrange for Defendant to be transported to the Sidney A Jones & Campbell Funeral Home or the Clifton Missionary Baptist Church for a visitation sometime prior to the memorial service, currently scheduled for twelve noon on Saturday, June 30, 2018. The visitation shall be conducted in accordance with the policies and procedures of United States Marshals Service. Defendant shall bear no financial responsibility for the visitation.

SO ORDERED this 28th day of June 2018.

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____M
6/28 20 18
Deputy Clerk

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA